### CHIMBALUK v. GARCIA.

(Supreme Court, Appellate Term, First Department.    October 11, 1915.)

PLEADING ☞317—BILL OF PARTICULARS—CLAIM FOR GENERAL DAMAGES.

It is improper to require plaintiff to give the items of a claim for general damages.

[Ed. Note.—For other cases, see Pleading, Cent. Dig. §§ 954–962; Dec. Dig. ☞317.]

Appeal from City Court of New York, Special Term.

Action by Philip Chimbaluk against Carlos Garcia. From an order granting defendant's motion for bill of particulars, plaintiff appealed. Modified and affirmed.

Argued October term, 1915, before, BIJUR, PAGE, and SHEARN, JJ.

Breitbart & Breitbart, of New York City (Bernard Breitbart and Charles Breitbart, both of New York City, of counsel), for appellant.

Mandelbaum Bros., of New York City, for respondent.

PER CURIAM. It was not proper to require the plaintiff to give the items of a claim for general damages. The tenth paragraph of the demand was therefore improperly granted.

The order should be modified, so as to grant the motion for a bill of particulars, except with respect to the tenth paragraph of the defendant's demand, and, as modified, affirmed, with $10 costs to the appellant.

---

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes